**Opinion issued July 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-18-00771-CV

———————————

## HEATHER  HUGHES, Appellant

## V.

## PETER GIAMMANCO, Appellee

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-26459**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). The parties have agreed that each will bear his or her

own appellate costs. *See* TEX. R. APP. P. 42.1(d).

Accordingly, we grant the unopposed motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We further vacate our May 30, 2019 judgment. We do not withdraw our opinion issued on May 30, 2019. *See* TEX. R. APP. P. 42.1(c) ("In dismissing a proceeding, the appellate court will determine whether to withdraw any opinion it has already issued."). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.